AO 91 (REV.5/85) Criminal Complaint                                    AUSA Paige A. Nutini (312) 697-4071

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ALFREDO CASTRO-GARCIA

CRIMINAL COMPLAINT

CASE NUMBER: 1:25-cr-00551

**FILED**

9/8/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about May 24, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, ALFREDO CASTRO-GARCIA, defendant herein,

being an alien who previously had been deported and removed from the United States on or about October 16, 2013, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

DAVID FITZPATRICK
Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: September 8, 2025

_Judge's signature_

City and state: Chicago, Illinois

JEFFREY T. GILBERT, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

<u>AFFIDAVIT</u>

I, DAVID FITZPATRICK, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since approximately November 2004. My current responsibilities include the investigation of federal criminal violations, including deportation violations and investigations involving criminal aliens.

2.      This affidavit is submitted in support of a criminal complaint alleging that ALFREDO CASTRO-GARCIA has violated Title 8, United States Code, Section 1326(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging CASTRO-GARCIA with illegal reentry into the United States by a deported alien, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that CASTRO-GARCIA committed the offense stated in the complaint.

3.      The facts set forth in this affidavit are based on my personal knowledge, my training and experience, my review of records maintained by the FBI, the Department of Justice (DOJ), Customs and Border Protection (CBP), Immigration and Customs Enforcement, other components of the Department of Homeland

Security (DHS), and other government agencies, and information provided to me by various law enforcement personnel and witnesses.

4.  According to DHS and DOJ records, CASTRO-GARCIA is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence.

5.  On or about October 10, 2013, CASTRO-GARCIA was arrested by CBP for alien admissibility under Section 212 of the Immigration and Nationality Act. Following his arrest, CASTRO-GARCIA was fingerprinted. The fingerprints taken were uploaded into the National Crime Information Center (NCIC) and matched with FBI number 929835TC6, which is the FBI number assigned to CASTRO-GARCIA.

6.  According to DHS records, on or about October 16, 2013, CASTRO-GARCIA was removed from the United States to Mexico.

7.  FBI Chicago retrieved a copy of CASTRO-GARCIA's immigration form I-205 from the United States Citizenship and Immigration Service. The immigration form I-205 contains his A number and the fingerprint and photograph of CASTRO-GARCIA collected upon his October 16, 2013 removal.

8.  DHS records reflect that CASTRO-GARCIA has not applied for or received permission from the Secretary of the Department of Homeland Security to reenter the United States.

9.  On or about May 24, 2022, CASTRO-GARCIA was arrested by the Chicago Police Department for possession of a controlled substance, a Class 4 Felony. Following this arrest, CASTRO-GARCIA again was fingerprinted. The NCIC

2

database indicated that the May 2022 fingerprints matched with CASTRO-GARCIA's FBI Number 929835TC6.

10.     On August 6, 2025, FBI's Criminal Justice Information Services Division conducted a fingerprint comparison and verified that the fingerprints taken from CASTRO-GARCIA on or about May 24, 2022, and associated with FBI number 929835TC6 are identical to the fingerprints taken of the individual who was removed from the United States on or about October 16, 2013.

11.     Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about May 24, 2022, in Chicago, Illinois, in the Northern District of Illinois, Eastern Division, ALFREDO CASTRO-GARCIA, being an alien last removed from the United States on or about October 16, 2013, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

DAVID FITZPATRICK
Special Agent, Federal Bureau of
Investigation


SWORN TO AND AFFIRMED by telephone on September 8, 2025.

JEFFREY T. GILBERT
United States Magistrate Judge

3